IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
BRYSON CITY DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>vs.<br><br>JASON DEWAYNE SMITH<br>Defendant,<br><br>and<br><br>EASTERN BAND OF CHEROKEE INDIANS,<br>Garnishee. | CASE NO. DNCW2:13CR13-1<br>(Financial Litigation Unit) |

**DISMISSAL OF ORDER OF CONTINUING GARNISHMENT**

Upon motion of the United States for the reasons stated therein and for good cause shown, it is ORDERED that the Order of Continuing Garnishment filed in this case against Defendant Jason Dewayne Smith is DISMISSED.

Signed: November 23, 2016

_Dennis L. Howell_
Dennis L. Howell
United States Magistrate Judge